# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

TITUS THOMAS, :

    Plaintiff :

v : Civil Action No. AW-10-2956

JAMES TICHNELL, et al.,
                                                                           :
    Defendants                               o0o

## MEMORANDUM OPINION

The above-captioned complaint seeks to compel Maryland Division of Correction (DOC) employees to comply with Plaintiff's requests for documents under the federal Freedom of Information Act (FOIA). Because he appears to be indigent, Plaintiff shall be granted leave to proceed in forma pauperis.

Plaintiff alleges he has unsuccessfully sought disclosure of records in the custody of the the DOC. Paper No. 1. To the extent that Plaintiff is raising a claim under the federal FOIA, he has failed to state a cognizable claim. The Freedom of Information Act, 5 U.S.C. § 552, provides a mechanism for citizens to obtain documents from federal agencies and grants the federal district courts jurisdiction to review agency compliance with those requests. The named Defendants do not work for a federal agency subject to the provisions of FOIA.

To the extent that Plaintiff may have a cause of action under Maryland's Public Information Act, he must pursue that claim in the appropriate state forum. *See* Md. St. Govt. Code Ann. § 10-611 *et seq.*. Accordingly, the Complaint will be dismissed without prejudice. A separate Order follows.

                                                        _____//s//_____
                                                        Alexander Williams, Jr.
                                                        United States District Judge